DEFENDANT:                Brittany J. Ellsworth

AGE:                      24

ADDRESS:                  Fort Carson, CO 80913

OFFENSE:                  Child Abuse Without Injury – C.R.S. § 18-6-401(1)(a)

LOCATION OF OFFENSE:  Fort Carson Military Reservation, Colorado 80913

PENALTIES:                Class A Misdemeanor (C.R.S. § 18-1.3-501(1)(a))
                          Minimum of 30 days jail and/or $250 fine
                          Maximum of 12 months and $1,000

AGENT:                    Officer Milliken, Fort Carson Police

AUTHORIZED BY:            Brett Tobin_____
                          Special Assistant U.S. Attorney

ESTIMATED DURATION OF TRIAL:

 X  5 Days or less          ☐ More than 5 days

DETENTION:
 ☐ The Government will seek detention in this case.
 X  The Government will not seek detention in this case.

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        ☐ YES              x  NO